## Case No. 4,800.

### FIRST NAT. BANK OF ASHLAND v. CLEAVER et al.

[4 Wkly. Notes Cas. 480.]

Circuit Court, E. D. Pennsylvania. Oct. 20, 1877.

R. Schick, for plaintiff.

A. Sidney Biddle and M. P. Henry (with whom were James and Bartholomew, of Schuylkill county), contra,

THE COURT (McKENNAN, Circuit Judge, and CADWALADER, District Judge) ordered that the judgment be opened, and that the case be tried before a jury.